IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01441-WDM-KMT

DOUGLAS JAY WEST,

    Plaintiff,

v.

SGT. PHILLIP FIGUEROA,
LT. LANCE JOHNSON, and
OFFICER PATRICIA SHANNON,

    Defendants.

## ORDER

This matter is before the court on Plaintiff's "Motion for Enlargement of Time" (#25, filed April 4, 2008. Plaintiff requests an extension of time to file his response to the court's order dated March 24, 2008.

The plaintiff in this case has not submitted payment or a certified account statement since September 24, 2007 [Doc. No. 8]. Plaintiff has failed to make the required monthly payment or show cause why he has no assets and no means by which to make the monthly payments for the months of October 2007, November 2007, December 2007, January 2008, February 2008, and March 2008.

Plaintiff's motion (#25) is GRANTED. IT IS ORDERED that on or before **April 30, 2008**, Plaintiff shall make the required monthly payments or show cause why he has no assets

and no means by which to make the monthly payments for the months of October 2007, November 2007, December 2007, January 2008, February 2008, March 2008 and April 2008.

IT IS FURTHER ORDERED that by the **15th day** of **each** month hereafter Plaintiff shall either make the required monthly payment for each month or file a certified copy of his inmate trust fund account statement for the month demonstrating that he is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment. Furthermore, if payment is made for the preceding month, in order to verify that the appropriate amount is being paid, the Plaintiff must file a certified copy of his trust fund account statement for that month. The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this order, the complaint and this civil action may be dismissed without further notice.

Dated this 11th day of April, 2008.

                                                                   s/ Kathleen M. Tafoya
                                                                    United States Magistrate Judge