IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01441-WDM-KMT

DOUGLAS JAY WEST,

    Plaintiff,

v.

SGT. PHILLIP FIGUEROA,
LT. LANCE JOHNSON, and
OFFICER SHANNON, PATRICIA,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 6 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

The plaintiff filed his Prisoner Complaint naming Defendant (the "Complaint") on August 27, 2007. (Doc. No. 6.) On April 11, 2008, during the scheduling conference, Magistrate Judge Kathleen M. Tafoya ordered defense counsel to provide Plaintiff with the last known address for Defendant Shannon. (Doc. No. 30.) On April 14, 2008, defense counsel provided the last known address for Defendant Shannon. (Doc. No. 29.) Therefore, it is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant Shannon. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon Defendant Shannon at 2810 North 5th Street, Canon City, Colorado 81212. All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendant Shannon or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated this 15th day of April, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01441-WDM-KMT

Douglas Jay West
Prisoner No. 108376
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

US Marshal Service
Service Clerk
Service forms for: Patricia Shannon

Nicole S. Gellar, Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to United States Marshal Service for service of process on Patricia Shannon: AMENDED COMPLAINT FILED 08/27/07, ORDER FILED 10/19/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/16/08.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk