IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01441-WDM-KMT


DOUGLAS JAY WEST,

      Plaintiff,

v.

SGT. PHILLIP FIGUEROA,
LT. LANCE JOHNSON, and
OFFICER SHANNON, PATRICIA,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**


Plaintiff's "Motion to Serve Defendant and Stay Dismissal" (#19, filed January 3, 2008) is
**DENIED**  but will be considered as a response to the motion to dismiss filed by Defendants
Figuero and Johnson.


Dated: August 14, 2008