IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01441-WDM-KMT

DOUGLAS JAY WEST,

    Plaintiff,

v.

SGT. PHILLIP FIGUEROA,
LT. LANCE JOHNSON, and
OFFICER PATRICIA SHANNON,

    Defendants.

# ORDER TO SHOW CAUSE

This matter is before the court on review of the file and Plaintiff's "Motion for Court to Provide Confirmation of Service of Complaint Upon Defendant" (Doc. No. 37, filed July 8, 2008). On August 27, 2007, Plaintiff filed his Amended Prisoner Complaint (Doc. No. 6) asserting claims against Defendants Sgt. Phillip Figueroa, Lt. Lance Johnson, and Officer Patricia Shannon. On October 26, 2007, Judge Walker D. Miller issued an Order Granting Service by the United States Marshals Service. (Doc. No. 12.) On October 26, 2007, the Colorado Department of Corrections waived service of Defendants Sgt. Phillip Figueroa and Lt. Lance Johnson, but not of Defendant Patricia Shannon, as she is no longer a Department of Corrections employee. (Doc. No. 13) April 14, 2008, pursuant to an order of this court, counsel for Defendants Figueroa and Johnson submitted to the court the last known address of Defendant

Shannon. (Doc. No. 29.) On April 16, 2008, this court issued another Order Granting Service by the United States Marshals Service as to Defendant Shannon. (Doc. No. 32.) On July 31, 2008, the United States Marshal Service returned the summons unexecuted, as the defendant was not located after several attempts at service. (Doc. No. 39.)

Pursuant to Fed. R. Civ. P. 4(m),

[i]f a defendant is not served within 120 days after the complaint is filed, the court — on motion or on its own notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

It is Plaintiff's responsibility to prosecute this action. Even if service is to be executed by the United States Marshals Service, Plaintiff must provide the court with the proper information to locate Defendant before Defendant can be required to answer to this lawsuit. Defendants have tried to assist in the efforts to serve Defendant Shannon, to no avail. Therefore, it is

**ORDERED** that Plaintiff shall, on or before **August 30, 2008**, show cause in writing why this action should not be dismissed without prejudice as to Defendant Officer Patricia Shannon pursuant to Fed. R. Civ. P. 4(m) for lack of service. If the response is not timely filed, the court will recommend dismissal of Defendant Shannon without further notice to the parties. It is further

**ORDERED** that Plaintiff's "Motion for Court to Provide Confirmation of Service of Complaint Upon Defendant" (Doc. No. 37) is DENIED.

Dated this 14th day of August, 2008.

                                          BY THE COURT:

                                          s/ Kathleen M. Tafoya
                                          KATHLEEN M. TAFOYA
                                          United States Magistrate Judge